AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Justin Ailes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:23-cv-6217-JD |
| Cheveron Terrell Scott and Bradley M. Tarte | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date:  January 23, 2024

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*